UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALEKSANDR LEVCHENKO and VICTOR
LEVCHENKO,

                   Plaintiffs,

         - against -

MERS [Mortgage Electronic Registration
Systems]; ANTHONY MAZILLO; JAMES
JOHNSON; DEUTSCHE NATIONAL TRUST
COMPANY, as Trustee for American Home
Mortgage Assets Trust 2006-Mortgage Backed
Pass-Through Certificates, Series 2006-6;
AMERICAN BROKERS CONDUIT;
AMERICAN HOME MORTGAGE SERVICING,
INC.; AMERICAN HOME MORTGAGE CORP.;
AMERICAN HOME MORTGAGE
INVESTMENT CORP.; INVESCO LTD.;
INVESCO PRIVATE CAPITAL; WL ROSS; WL
ROSS & CO., LLC; FIRST LIBERTY
ABSTRACT, LLC; FEIN, SUCH & CRANE,
LLP; V.S. VILKHU, ESQUIRE; NATIONAL
CITY BANK; PNC BANK; and JOHN DOES 1-9,

                   Defendants.

**ORDER**
**10-CV-1804 (NGG)(LB)**

-----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

The Honorable Nicholas G. Garaufis has assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Both plaintiffs and defendants are required to follow them. Plaintiffs are to provide a copy of this Order and the enclosed rules to defendants along with the summons and complaint.

The Court's records reflect that the complaint in this action was filed on April 22, 2010. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the

> failure, the court must extend the time for service
> for an appropriate period.

Accordingly, if service is not made upon defendants by August 20, 2010 or plaintiffs fail to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice.

Plaintiffs are required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiffs' current addresses means the Court will not know where to contact plaintiffs and may result in dismissal of the case. For information regarding court procedures, plaintiffs may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: April 28, 2010
       Brooklyn, New York