UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALEKSANDER LEVCHENKO and VICTOR
LEVCHENKO,

                         Plaintiffs,

      -against-

MERS, ANTHONY MAZILLO, JAMES
JOHNSON, DEUTSCHE NATIONAL TRUST
COMPANY, AMERICAN BROKERS CONDUIT,
INC., AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE INVESTMENT
CORP., INVESCO LTD., INVESCO PRIVATE
CAPITAL, WL ROSS, WL ROSS & CO., LLC,
FIRST LIBERTY ABSTRACT, LLC, FEIN, SUCH
& CRANE, LLP, V.S. VILKHU, ESQUIRE,
NATIONAL CITY BANK, PNC BANK, and JOHN
DOES 1-9,

                       Defendants.
-------------------------------------------------------------------X

JUDGMENT
10-CV- 1804 (NGG)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 14 2011 ★

**BROOKLYN OFFICE**

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States

District Judge, having been filed on July 11, 2011, granting National City and PNC Banks'

motion to dismiss under Federal Rule of Civil Procedure 4(m); it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and

that National City and PNC Banks' motion to dismiss is granted under Federal Rule of Civil

Procedure 4(m).

Dated:  Brooklyn, New York
        July 13, 2011

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court